UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09
```

ELVIS MOTA,

                Petitioner,

-against-

UNITED STATES of AMERICA,

                Respondent.

No. 09 Civ. 5189 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to terminate the motion docketed as Doc. No. 5. As explained in the Court's order dated September 18, 2009, the document is a failed attempt to comply with the Court's order of June 25, 2009, and not a separate request for relief.

SO ORDERED.

DATED:    October 1, 2009
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

-2-

A copy of this Order has been mailed to:

Elvis Mota
USM #: 53342-054
Federal Correctional Institution
P.O. Box 1000
Loretto, PA 15940